1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,          )         3:93-cr-00075-HDM-VPC
                                       )         3:14-cv-00089-HDM
12                  Plaintiff,         )
                                       )
13  vs.                                )         ORDER
                                       )
14  PAULA ANDREWS,                     )
                                       )
15                  Defendant.         )
    _____)
16

17        Defendant has appealed this court's order striking her second

18  or successive 28 U.S.C. § 2255 petition.  The standard for issuance

19  of a certificate of appealability calls for a "substantial showing

20  of the denial of a constitutional right."  28 U.S.C. § 2253(c).

21  The Supreme Court has interpreted 28 U.S.C. § 2253(c) as follows:

22              Where a district court has rejected the
                constitutional claims on the merits, the
23              showing required to satisfy §2253(c) is
                straightforward: The petitioner must
24              demonstrate that reasonable jurists would find
                the district court's assessment of the
25              constitutional claims debatable or wrong.  The
                issue becomes somewhat more complicated where,
26              as here, the district court dismisses the
                petition based on procedural grounds.  We hold
27              as follows: When the district court denies a
                habeas petition on procedural grounds without
28              reaching the prisoner's underlying
                constitutional claim, a COA should issue when

                                    1

1              the prisoner shows, at least, that jurists of
reason would find it debatable whether the
2              petition states a valid claim of the denial of
a constitutional right and that jurists of
3              reason would find it debatable whether the
district court was correct in its procedural
4              ruling.

5    *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also James v.*

6    *Giles*, 221 F.3d 1074, 1077-79 (9th Cir. 2000).  The Supreme Court

7    further illuminated the standard for issuance of a certificate of

8    appealability in *Miller-El v. Cockrell*, 537 U.S. 322 (2003).  The

9    Court stated in that case:

10             We do not require petitioner to prove, before
the issuance of a COA, that some jurists would
11             grant the petition for habeas corpus.  Indeed,
a claim can be debatable even though every
12             jurist of reason might agree, after the COA has
been granted and the case has received full
13             consideration, that petitioner will not
prevail. As we stated in *Slack*, "[w]here a
14             district court has rejected the constitutional
claims on the merits, the showing required to
15             satisfy § 2253(c) is straightforward: The
petitioner must demonstrate that reasonable
16             jurists would find the district court's
assessment of the constitutional claims
17             debatable or wrong."

18   *Miller-El*, 537 U.S. at 338 (quoting *Slack*, 529 U.S. at 484).

19       The court has considered the issues raised by defendant with

20   respect to whether they satisfy the standard for issuance of a

21   certificate of appeal and determines that none meet that standard.

22   This court therefore **DENIES** defendant a certificate of

23   appealability.

24       IT IS SO ORDERED.

25       DATED: This 26th day of March, 2014.

26

27                         _____
                      UNITED STATES DISTRICT JUDGE
28